An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES J. ROMANO; AND
DELORES B. ROMANO,
Appellants,
vs.
PATRICK G. ZUCARO,
Respondent.

No. 65084

**FILED**

JUL 28 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

The parties' stipulation to dismiss this appeal, with appellants to bear respondent's costs, is approved. NRAP 42(b). Accordingly, this appeal is dismissed.[1]

It is so ORDERED.

_____, A.C.J.

cc: Hon. Michael Villani, District Judge
William C. Turner, Settlement Judge
Jennings & Associates, Ltd.
Thomas Michaelides
Eighth District Court Clerk

_____

[1]In light of this order, respondent's May 27, 2014, motion to dismiss is denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24518